**IT IS SO ORDERED.**
s/*David A. Ruiz*
U.S. District Judge
4/12/2022

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| **CHAD T. MULKEY,** *et al.* | Case No.1:21-cv-01058 |
| Plaintiff, | Judge David A. Ruiz |
| v. | Magistrate Judge Thomas M. Parker |
| **ROUNDPOINT MORTGAGE SERVICING CORPORATION** | |
| Defendant. | |

## ORDER REGARDING JOINT STIPULATION OF DISMISSAL

Plaintiffs Chad Mulkey and Rosemarie Mulkey and Defendant Roundpoint Mortgage Servicing Corporation, through their respective counsel, hereby stipulate that Plaintiffs' Complaint against Defendant is hereby dismissed *with prejudice* pursuant to Civ. R. 41. The parties shall bear their own costs.

Respectfully Submitted,

| | |
|---|---|
| /s/Brian D. Flick, Esq. | /s/James W. Sandy, Esq. (per email authority 03/31/2022) |
| Marc E. Dann (0039425) | James W. Sandy (0084246) |
| Brian D. Flick (0081605) | Stefanie L. Deka (0089248) |
| Daniel M. Solar (0085632) | McGlinchey Stafford |
| DANN LAW | 3401 Tuttle Rd, Ste 200 |
| 15000 Madison Avenue | Cleveland, OH 44122 |
| Lakewood, OH 44107 | Telephone: (216) 378-9911 |
| Telephone: (216) 373-0539 | Facsimile: (216) 378-9910 |
| notices@dannlaw.com | jsandy@mcglinchey.com |
| | sdeka@mcglinchey.com |
| *Counsel for Plaintiffs and the Putative Class and Subclasses* | Counsel for Defendant RoundPoint Mortgage Servicing Corporation |